**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                          NO. 4:07CR00365 JLH

ALFRED LEE CHUNN                                                                        DEFENDANT

### ORDER

Pending before the Court is the government's motion to amend the Court's order for a mental evaluation of the defendant. Counsel for defendant has responded and states no objection. The motion is GRANTED. Docket #23.

IT IS HEREBY ORDERED that the Order entered on September 19, 2008, is hereby amended to strike the following language: ". . . and, if he was insane, whether his release would create a substantial risk of bodily injury to another person or serious damage to property of another person."

All other aspects of the Order remain in full force and effect.

IT IS SO ORDERED this 4th day of November, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE