**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                              No. 4:07CR00365 JLH

ALFRED LEE CHUNN                                                                              DEFENDANT

**ORDER**

The United States has filed a motion to dismiss the indictment, which charges that the defendant, an individual required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce on or about December 2005 and on or about November 27, 2007, and knowingly failed to register as required by the Act. The United States says that the Act became law on July 27, 2006, and that the Eighth Circuit has held that a person cannot be punished for failing to register in interstate travel before that date. Therefore, the United States has asked that the case be dismissed without prejudice. The defendant has responded and stated that the dismissal should be with prejudice because the United States has admitted that he did not violate the law. The indictment charges that Chunn violated the Act on two different dates, one before the Act became law and one after. Because the indictment charges one instance of violating the Act after it became law, the indictment in this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of February, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE